## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**TRAVIS JAKUBOWSKI,**

    ***Plaintiff,***

**v.**                                    **Case No.: 4:22cv86-MW/MAF**

**RICKY D. DIXON, Secretary,**
**Florida Department of Corrections,**

    ***Defendant.***

_____/

## ORDER ACCEPTING AND ADOPTING
## <u>REPORT AND RECOMMENDATION</u>

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 3. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 3, is **accepted and adopted** as this Court's opinion. This case is **TRANSFERRED** to the United States District Court for the Middle District of Florida, Jacksonville Division, for all further proceedings. The Clerk shall take all steps necessary to effect the transfer and close the file.

**SO ORDERED on April 6, 2022.**

                        **s/Mark E. Walker**
                        **Chief United States District Judge**